# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KEARNEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 8:22-cv-01221-MAA<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $7,000.00 as authorized by 28 U.S.C. § 2412, and zero costs as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation. It is further ordered that the prior stipulation (Docket No. 22) and Order (Docket No. 23) are withdrawn and

///

///

///

-1-

1  vacated pursuant to the stipulation filed by the parties.  Counsel for Plaintiff shall
2  refund any fees, expenses or costs paid under that Order.
3  DATE: October 6, 2023

_____
THE HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

-2-

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3 | /s/ *Steven G. Rosales*
4 | BY: _____
     Steven G. Rosales
5 |  Attorney for plaintiff Christopher Kearney